# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ERIC PICKLE**                                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 1:15-cv-00019 KGB**

**INDEPENDENCE COUNTY, ARKANSAS**                                              **DEFENDANT**

## ORDER

Before this Court is a joint motion for dismissal due to settlement (Dkt. No. 19). According to the motion, the parties have reached a settlement. The parties request that the case be dismissed with prejudice. The Court grants the motion; this case is dismissed with prejudice. The pending motion for summary judgment is denied as moot (Dkt. No. 10).

It is so ordered this 6th day of April, 2016.

_____
Kristine G. Baker
United States District Judge